# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 706 MAL 2018
:
           Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
JOHN SCHEFFLER, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.